IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| KATIE WILDMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 1:19-CV-1099-BR<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |

Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $10,000.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then a check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to her attorneys in the amount of $5,000.00 for their work at the District Court Level. A check for EAJA fees shall be made payable to Jeffrey T. Chen, Attorney at Law based upon Plaintiff's assignment of this fee to her attorney at the Ninth Circuit Court of Appeals, in the amount of $5,000.00.

Any check for EAJA fees payable to Dellert Baird, PLLC shall be mailed to Dellert Baird Law Offices, PLLC, 2805 Bridgeport Way W, #23, University Place, WA, 98466; any check for EAJA fees payable to Jeffrey T. Chen, Attorney at Law shall be mailed to 2250 Gellert Boulevard, #2310, South San Francisco, CA 94080.

\\\

Page 1     ORDER
           [1:19-CV-1099-BR]

IT IS SO ORDERED.

DATED this 15th day of September, 2021.

/s/ Anna J. Brown
_____
US SENIOR DISTRICT JUDGE

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2805 Bridgeport Way W, #23
University Place, WA 98466
Telephone: (206) 937-4112
FAX: (360) 824-9371
jeffreyhbaird@comcast.net